UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICOLAS PAUCAR on his own behalf and
others similarly situated,

        Plaintiff,

vs.                    Case No.  2:08-cv-304-FtM-29DNF

GFS BUILDING MAINTENANCE, INC. a
Florida corporation,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #33), filed September 22, 2008, recommending that the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #31) be denied as moot, the Corrected Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #32) be granted, the settlement be deemed fair and reasonable, and the case be dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #33) is hereby **adopted** and incorporated herein.

2.  The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #31) is **DENIED** as **moot.**

3.  The Corrected Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #32) is **GRANTED** and the Settlement Agreement and Full and Final Mutual Release of All Claims (Doc. #31-2) is deemed fair and reasonable.

4.   The Clerk shall enter judgment dismissing the case with prejudice, terminate all pending motions and deadlines as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of October, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties